IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00946-ZLW-MEH

WENDI BACHMAN,

    Plaintiff,

v.

OFFICER ROBERT CRONER,
OFFICER STEVE FRIEDLE,
OFFICER JONAE COLEMAN,
LT. JOHN MANAGO,
CHIEF THOMAS WAGNER, in their official capacities, and
THE CITY OF LOVELAND,

    Defendants.

---

## *AMENDED* ORDER DISMISSING CERTAIN DEFENDANTS

---

The matter before the Court is Plaintiff's Unopposed Motion To Dismiss With Prejudice The Complaint Against Defendants Croner, Friedle, Coleman, Manago And Wagoner (Doc. 12). In consideration thereof, it is

ORDERED that Plaintiff's Unopposed Motion To Dismiss With Prejudice The Complaint Against Defendants Croner, Friedle, Coleman, Manago And Wagoner is granted, and the Complaint and cause of action are dismissed **with prejudice** as to said Defendants. It is

FURTHER ORDERED that the caption shall be amended to reflect the dismissal of Defendants Officer Robert Croner, Officer Steve Friedle, Sargeant Jonae Coleman,

Lt. John Manago, and Chief Thomas Wagoner, named "Chief Thomas Wagner" in the caption.

DATED at Denver, Colorado, this   5   day of December, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court