IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00946-ZLW-MEH

WENDI BACHMAN,

    Plaintiff,

v.

THE CITY OF LOVELAND,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion For Dismissal With Prejudice (Doc. No. 17), signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal With Prejudice (Doc. No. 17) is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this __18__ day of December, 2007.

            BY THE COURT:

            *Zita L. Weinshienk*
            _____
            ZITA L. WEINSHIENK, Senior Judge
            United States District Court